IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGINALD RENARD MACON, #175196, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:13cv-906-WHA |
| | ) | |
| STATE OF ALABAMA, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #18), entered on February 2, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this habeas corpus petition under 28 U.S.C. § 2254 is DENIED.  This case is DISMISSED with prejudice because the petition was not filed within the one-year "grace period" running from enactment of the AEDPA and is time-barred under the limitation period in 28 U.S.C. § 2244(d).   Final Judgment will be entered accordingly.

DONE this 25th day of February, 2016.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE