IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGINALD RENARD MACON, #175196, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:13cv-906-WHA |
| | ) | |
| STATE OF ALABAMA, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Respondents, and against the Petitioner, and this petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED and this case is DISMISSED with prejudice.

DONE this 25th day of February, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE